FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV -1 2012

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.                      NO. 4:12CR00079-01 JLH

DRAYTON O. MCFARLIN                      DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Thursday, November 1, 2012, for the scheduled hearing on the government's motion to revoke supervised release. Assistant United States Attorney Jana Harris was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Justin Eisele. United States Probation Officer Amber Dunn was also present.

Upon inquiry from the Court, the defendant admitted the technical violations contained in the motion to revoke. The defendant admitted that he violated state law by possessing a controlled substance. The defendant admitted to the unlawful use of a controlled substance. The defendant admitted that he failed to notify his probation officer within seventy-two hours of being arrested or questioned by law enforcement. The defendant admitted that he failed to participate in substance abuse treatment as directed by the probation office. The defendant denied the remaining allegations. The government declined to put on proof as to the remaining allegations. Accordingly, the Court finds that the violations admitted by defendant occurred, and the motion to revoke is GRANTED. Document #5.

IT IS THEREFORE ORDERED that defendant be sentenced to **12 MONTHS IMPRISONMENT** with **three (3) years of supervised release to follow.** The Court recommends defendant participate in substance abuse treatment during incarceration.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this ___1st___ day of November, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE