**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                               NO. 4:12CR00079-01 JLH

DRAYTON O. MCFARLIN                                                          DEFENDANT

**ORDER**

On November 18, 2013, Drayton O. McFarlin was arrested on a warrant for violations of conditions of supervised release. Prior to defendant's appearance before the duty magistrate, he tested positive for marijuana. The defendant was remanded to the custody of the United States Marshal until such time as he tested negative. The Court has now been informed by the United States Probation Officer that defendant's drug test is negative.

IT IS THEREFORE ORDERED that the hearing on the government's motion to revoke supervised release is hereby scheduled to begin on **FRIDAY, DECEMBER 20, 2013, at 9:00 a.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked. Document #20.

IT IS SO ORDERED this 18th day of December, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE