IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:12CR00079-01 JLH | |
| DRAYTON O. MCFARLIN | | DEFENDANT |

**ORDER**

Pending before the Court is defendant Drayton O. McFarlin's unopposed motion for continuance of the revocation hearing in this matter currently set for March 27, 2014. The motion is GRANTED. Document #35

The supervised release revocation hearing for defendant Drayton O. McFarlin is hereby rescheduled for **THURSDAY, APRIL 3, 2014, at 9:30 A.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #31.

IT IS SO ORDERED this 17th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE