## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                        NO. 4:12CR00079-01 JLH

DRAYTON O. MCFARLIN                                               DEFENDANT

### ORDER

Court convened on Thursday, April 3, 2014, for a hearing on the government's second superseding motion to revoke the supervised release of defendant Drayton O. McFarlin.  Document #37.  Assistant United States Attorney Jana K. Harris was present for the government.  The defendant appeared in person and with his attorney, Assistant Federal Public Defender Justin T. Eisele.

Upon inquiry from the Court, the defendant admitted the allegations outlined in the second superseding petition to revoke.  Following statements from counsel and the defendant, the Court determined that the motion to revoke should be held in abeyance for a period of sixty (60) days to allow defendant the opportunity to demonstrate that he could comply with the conditions of supervision previously imposed by the Court.

IT IS THEREFORE ORDERED that the United States Probation Office is directed to  provide the Court with a written report reflecting whether or not defendant has been in compliance with the conditions of supervised release previously imposed by Monday, June 2, 2014.  In the event the defendant is found to be in violation of his conditions of release prior to June 2, 2014, the United States Attorney is directed to submit the appropriate motion and the Court will conduct a hearing.

IT IS SO ORDERED this 3rd day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE